## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ALLAN GRANGER,<br>              Plaintiff | : | CIVIL ACTION NO. |
| | : | |
| v. | : | |
| | : | |
| FIRST NATIONAL LAND TRANSFER, INC,<br>and MICHAEL BORSO | : | |
| | : | Jury Trial Demanded |
|            Defendants | : | |

NOW COMES the Plaintiff, John Allan Granger, a/k/a John Granger (hereinafter, "Plaintiff" or "Granger") by and through his attorney, David C. Najarian, with Plaintiff's Complaint against Defendants, First National Land Transfer, Inc and Michael Borso, (collectively, the "Defendants"), and upon information and belief, avers as follows:

### COMPLAINT

1. Plaintiff, John Allan Granger, is an adult individual having an address at 2669 Shillington Road, Suite 223, Sinking Spring, Berks County, Pennsylvania 19608.

2. Defendant, First National Land Transfer Inc (hereinafter, "FNLT"), is a corporation or entity organized under the laws of the Commonwealth of Pennsylvania having a principle business address or headquarters at 2573 Somerset Rd, Whitehall, PA 18052.

3. Defendant FNLT is principally engaged in the business of providing title insurance and real estate services to persons residing or owning property in Pennsylvania, New Jersey Maryland, Florida, Virginia and elsewhere.

4. Defendant Michael Borso is an adult individual, founder, owner, president and/or CEO of FNLT and individually directs controls and ratifies the actions of the Defendant FNLT; Defendant Borso maintains a residence and office at FNLT's address of 2573 Somerset Rd. Whitehall, PA 18052, and is in all contexts, the alter ego of Defendant FNLT.

5. Defendants FNLT and Michael Borso (collectively, the Defendants) are the owners of the domain and website situate at http://www.useflnt.com, (hereinafter, the FNLT website); and at all times, have control over, and the right to control, the domain, website and contents thereof.

6. To wit, the Defendants developed, designed, maintained, commissioned, placed and oversaw the creation of world wide web pages for use on the FNLT website, which advertise the title insurance and real estate services offered by the Defendants.

## JURISDICTION AND VENUE

7. This action arises under the Federal Copyright Act of 1976, as amended, 17 U.S.C. §101, et seq., (hereinafter, "Act") and the Lanham Trademark Act at Sec. 43a, 15 U.S.C. 1125(a), (hereinafter, "Lanham Act").

8. Jurisdiction is founded on Sections 1331, 1338(a) and 1338(b) of the Judicial Code (28 U.S.C. §§ 1331, 1338(a) and 1338(b)).

9. State claims herein are substantially related to Defendant's infringement on John Granger's copyrights and pursuant to § 1338(b) of Title 28 of the United States Code and the court has pendent jurisdiction of this claim.

10. Venue is conferred by § 139l(b)(2) and (c) and 1400(a) of the Judicial Code (28 U.S.C. §l391(b)(2) and (c) and 1400(a)).

## OPERATIVE FACTS

11. Plaintiff, John Granger is engaged in the business, inter alia, of designing, manufacturing, authoring and/or licensing computer software, computer programs and related services for use by professionals in the real estate industry, and more specifically, designing, authoring and licensing computer programs for use on the Internet's World wide web (hereinafter "Web") by agents offering real estate title insurance.

12. In 1997, Plaintiff created and authored an original work, a computer program, titled and known as "Pennsylvania Title Insurance Rate Calculator" which provided, calculated and/or estimated the rate or cost of real estate title insurance offered by title insurance agents selling real estate title insurance in the State of Pennsylvania.

13. In 2002, Plaintiff amended, altered and recreated said work so as to reflect and update the title insurance rates then charged by agents in Pennsylvania. This is the work at issue, a display of which is attached and incorporated hereto as Exhibit "A".

14. Computer programs, such as the Plaintiff's Pennsylvania Title Insurance Rate Calculator is copyrightable subject matter under the laws of the United States.

15. On or about January 1, 2002, Plaintiff placed the Pennsylvania Title Insurance Rate Calculator on an internet web page, namely, http://www.alphaadv.net/patitle/ratecalc.html, as a product sample or advertisement offered for sale or use under license to title insurance agents and similar real estate industry professionals.

16. Plaintiff, as author and owner of said computer program, the literary work known as the Pennsylvania Title Insurance Rate Calculator, registered the same effective October 2, 2006 with the United States Copyright Office, and thereby complied in all

respects with the registration and deposit requirements of the Act. Proof of said registration is attached and incorporated hereto as Exhibit "B".

17. Plaintiff legally owns the design, i.e., the computer source code which comprises said computer program, namely the Pennsylvania Title Insurance Rate Calculator, the exclusive copyrights therein, and is entitled to copyright protection.

18. Plaintiff manufactured and licensed computer software or programs using the computer program at issue to numerous persons or firms within the real estate title insurance industry.

19. Additionally, Plaintiff uses his Pennsylvania Title Insurance Rate Calculator to promote his own professional endeavors which include selling and/or offering automation products and services to title insurance agents and firms.

20. Plaintiff's copyright ownership is noticed on all sample programs and products wherein the Pennsylvania Title Insurance Rate Calculator is contained. All such products are marked with a notice of John Granger's copyright ownership of the Title Insurance Rate Calculator.

21. Plaintiff, Granger further incorporated certain additional and/or embedded protective features within his Title Insurance Rate Calculator so as to prevent or inhibit unauthorized infringement of said Title Insurance Rate Calculator.

22. Said features included, inter alia, external copyright notices, e.g. "Copyright 1997 – 2002 by John Granger", and "All Rights Reserved".

23. Said features further included notices embedded in the internal source code of said Title Insurance Rate Calculators exemplar of the following:

```
// http://alphaadv.net/patitle/ratecalc.js
// Pennsylvania Title Insurance Rate Calculator -->
```

*// Thank you for finding this page interesting enough to view the source code.*
*-->*
*// Please respect my copyrights.  Thankx -->*
*// Page written October 17, 1997, Last update May 1, 2006 -->*

*// Changing the lines below is an invitation to Adventures in Legal Land -->*

24.   Said features included internal copyright management, in part, containing specialized source code, aptly called a cloaking device, so as to prevent unauthorized infringement of any kind:

> *!-- Activate Cloaking Device*
> *. . .*
> *<!-- Deactivate Cloaking Device -->*

25. Plaintiff has expended his own resources in authoring, designing, promoting, manufacturing, selling and licensing his Pennsylvania Title Insurance Rate Calculator and built a valuable business based on demand for his Rate Calculator and like products. John Granger has become identified in the minds of the public as the provider of the same.

26. At all relevant times, the Defendants maintained, purchased, commissioned, caused to be made, and/or advertised their services on an internet web page having a Uniform Resource Locator (URL) at http://www.usefnlt.com, so as to market, sell, advertise and publicize the services of FNLT to the general public.

27. At all relevant times, the domain name, usfnlt.com, was under the direct and apparent control and right of control by FNLT and Michael Borso; To wit, upon information and belief, said web site was registered and owned by said Defendants.

28. FNLT and/or Michael Borso placed, or caused to be placed an infringing Pennsylvania Title Insurance Rate Calculator on the web site for the Defendant FNLT at http://www.usefnlt.com. Said infringing version is hereafter referred to as "FNLT's

Pennsylvania Title Insurance Rate Calculator". An exemplar display of said infringing work is attached and incorporated hereto as Exhibit 'C' (a display of the infringing Pennsylvania Title Insurance Rate Calculator).

29. So too, the Defendants placed, or caused to be placed infringing Rate Calculators offering title insurance in the states of Maryland, Florida, New Jersey and Virginia, all of which are believed to infringe upon the Plaintiff's copyright for his Pennsylvania Title Insurance Rate Calculator and/or are derivative works from the Plaintiff's aforesaid Pennsylvania Rate Calculator.   See Exhibit 'D' (collective displays of the infringing derivative works).

30. Said infringing and/or derivative insurance rate calculators provided title insurance quotes for title insurance policies sold by Defendant FNLT.

31. Likewise the Defendants caused to be placed certain closing costs rate calculators on FNLT's website;

32. The Plaintiff's believes and therefore avers, based upon the Defendant's access and use of the Plaintiff's Pennsylvania Title Insurance Rate Calculators, said closing costs calculators are derivative works from Plaintiff's Pennsylvania Title Insurance Rate Calculator.

33. On or about March 6, 2008, Plaintiff discovered the infringing works then appearing on Defendant FNLT's website.

34. On or about March 10, 2008, Plaintiff requested that Defendant FNLT supply a copy of its licensing agreement to legally use Plaintiff's copyrighted works. Plaintiff contends that no such license agreement between Plaintiff and Defendants exists. A copy of said communication is attached hereto as 'E'.

35. To wit, the Plaintiff received no response to his letter of March 10, 2008, however it is believed that upon some unknown date said infringing title insurance rate calculators were removed from the subject website. However the closing costs rate calculators remained on the subject website.

36. Whereupon on or about April 21, 2008, by Plaintiff sent Defendant FNLT a written Notice of Acknowledgement of Use of Copyrighted Material without license, a copy of which is attached hereto as Exhibit 'F'.

37. Said Defendants were never authorized to use Plaintiff's Pennsylvania Title Insurance Rate Calculator and/or the derivative infringing work(s) then appearing on the Defendants' website.

38. Certain internal copyright management code i.e. that pertaining to a purported source code cloaking device, in Plaintiff's Rate Calculator was removed from the Defendants' infringing works.

39. Plaintiff's external copyright notices: "Copyright 1997 – 2002 by John Granger" and "All Rights Reserved" were removed from infringing works and replaced with notices which claimed copyright and ownership in the works by FNLT.

40. Plaintiff's internal copyright notices were retained in the source code of Plaintiff's Pennsylvania Title Insurance Rate Calculator then found on the FNLT website but were removed other infringing derivative works then also found on the FNLT website.

## COUNT ONE - COPYRIGHT INFRINGEMENT (Pennsylvania Rate Calculator)
### John Allan Granger
v.
### First National Land Transfer Inc., and Michael Borso

41. The foregoing paragraphs are hereby incorporated herein as though fully set forth

herein.

42. The Defendants unlawfully and willfully copied all or part of Plaintiff, John Granger's Pennsylvania Title Insurance Rate Calculator in violation of Plaintiff, Granger's copyright in the computer program.

43. The Defendants copied Plaintiff John Granger's Pennsylvania Insurance Rate Calculator and used the same on the website for Defendant FNLT, and did so without authorization from the copyright holder as required under the Act. See, 17 USC 106, 501.

44. The FNLT Pennsylvania Rate Calculator found at Exhibit 'C' of this Complaint infringes John Granger's copyright in the Pennsylvania Title Insurance Rate Calculator at Exhibit 'A'.

45. The source code comprising Defendants' Pennsylvania Rate Calculator at Exhibit 'C' is substantially similar, nearly identical, to the source code or literary work comprising the Plaintiff's copyrighted material.

46. By way of example, the roundit function in FNLT's Pennsylvania Title Insurance Calculator contained the exact same variable declaration, a component of the Plaintiff's cloaking device, also used in the roundit function contained in Granger's Pennsylvania Title Insurance Rate Calculator.

<div align="center"><em>var usca17etseq = "True";</em></div>

47. By way of further example, FNLT's Pennsylvania Title Insurance Rate Calculator contained Plaintiff's primary internal Pennsylvania Copyright Management Information.

```
// http://alphaadv.net/patitle/ratecalc.js
// Pennsylvania Title Insurance Rate Calculator -->
// Thank you for finding this page interesting enough to view the source code. -->
// Please respect my copyrights.  Thankx -->
// Page written October 17, 1997, Last update May 1, 2006 -->
```

*Changing the lines below is an invitation to Adventures in Legal Land --*

48. However, Plaintiff's external copyright notices: "Copyright 1997 – 2002 by John Granger" and "All Rights Reserved" were removed from the infringing Pennsylvania rate calculator.

49. Likewise, the Plaintiff's cloaking device was removed from the infringing Pennsylvania Rate calculator.

50. The Defendants' Pennsylvania Rate calculator uses and infringes the compilation as compiled and arranged by Plaintiff in John Granger's copyrighted work.

51. The Defendants' Rate calculator uses and infringes the extraction of data as authored and arranged by John Granger in John Granger's copyrighted work.

52. Plaintiff has lost revenue from Defendants' unlawful and willful copying of John Granger's copyrighted material.

53. Defendants' Pennsylvania Rate Calculator dilutes the market and serves to destroy the distinctiveness of John Granger's copyrighted works.

54. Defendants' copying of Plaintiff's Pennsylvania Title Insurance Rate Calculator and the use of the same on the Defendants' web page destroys the public's identification of the Pennsylvania Title Insurance Rate Calculator to John Granger as John Granger's exclusive property, thereby confusing the public and causing John Granger to suffer irreparable damages and lost profits.

55. John Granger's sale of his own works and derivative works is prejudiced by Defendants' copyright infringements.

56. The Plaintiff demands damages as may be available at law under the count hereunder and per act of infringement as either (1) actual damages and any additional

profits of the infringer; or (2) statutory damages as determined by the court for a sum of not less than $750 nor more than $30,000, or in the case of willful infringement, as alleged herein, a sum not more than $150,000, together with costs, interest and attorney's fees.

### COUNT TWO - COPYRIGHT INFRINGEMENT (Derivative Works)
### John Allan Granger
### v.
### First National Land Transfer Inc., and Michael Borso

57. The foregoing paragraphs are hereby incorporated herein as though fully set forth herein.

58. The Defendants unlawfully and willfully copied all or part of Plaintiff, John Granger's Pennsylvania Title Insurance Rate Calculator in violation of Plaintiff, Granger's copyright in the computer programs.

59. To wit, Plaintiff avers that the title insurance rate calculators including those for the States of Maryland, Virginia, Florida and New Jersey as well as the closing cost calculators then appearing on the Defendant's website are derivative infringing works comprising portions of Plaintiff's copyrighted Pennsylvania Title Insurance Rate Calculator.

60. The Defendants used the aforesaid infringing and derivative works on the website for FNLT, and did so without authorization from the copyright holder as required under the Act. See, 17 USC 106, 501.

61. FNLT's derivative rate calculators and closing costs calculators infringe John Granger's copyright in his Pennsylvania Title Insurance Rate Calculator.

62. Plaintiff has lost revenue from Defendants' unlawful and willful copying of John Granger's copyrighted material.

63. Defendants' rate calculators dilute the market and serves to destroy the distinctiveness of John Granger's copyrighted works.

64. Defendants' copying and usurping the Plaintiff's Pennsylvania Title Insurance Rate Calculator and the use of the same on the Defendants' web page destroys the public's identification of the Pennsylvania and other state Title Insurance Rate Calculators to Plaintiff as John Granger's exclusive property, thereby confusing the public and causing Plaintiff to suffer irreparable damages and lost profits.

65. John Granger's sale of his own works and derivative works is prejudiced by Defendants' copyright infringements.

66. The Plaintiff demands damages as may be available at law under the count hereunder and per act of infringement as either (1) actual damages and any additional profits of the infringer; or (2) statutory damages as determined by the court for a sum of not less than $750 nor more than $30,000, or in the case of willful infringement, as alleged herein, a sum not more than $150,000, together with costs, interest and attorney's fees.

## COUNT THREE - UNFAIR COMPETITION – LANHAM ACT
### John Allan Granger
### v.
### First National Land Transfer Inc., and Michael Borso

67. The foregoing paragraphs are hereby incorporated herein as though fully set forth herein.

68. Defendants, in unlawfully and willfully copying John Granger's Pennsylvania Title Insurance Rate Calculator, and using the derivatives therefrom, and in intentionally removing the internal and external notices which attributed Plaintiff as the source of said Rate Calculator and works thereof, and in fraudulently placing the name of FNLT as the source and copyright owner of said rate calculator and works, created a likelihood of confusion among the public as to the original source of such works, and have contributed to the dilution of the distinctive quality of John Granger's works in the marketplace.

69. By removing Plaintiff's copyright information, and placing the work under the name and domain of First National Land Transfer Inc, and by labeling the work with a false copyright owned by FNLT, the Defendants, each of them, misappropriated and conspired to misappropriate the Plaintiff's goods as their own, and thereby engaged in acts of unfair competition under the Lanham Act at 15 U.S.C. 1125(a).

70. By using the misappropriated work as their own, the Defendants, each of them, affected interstate commerce, and thereby engaged in unfair competition under the Lanham Act at 15 U.S.C. 1125(a).

71. The Defendants by their unauthorized appropriation and misappropriation and use of John Granger's copyrighted works, engaged in acts of unfair competition, unlawful appropriation, unjust enrichment, wrongful deception of the purchasing public, and unlawful trading on John Granger's good will and the public's acceptance of John

Ganger's copyrighted work, all to John Granger's irreparable damage.

72. To wit, the Plaintiff seeks actual damages sustained by the Plaintiff, resulting profits of the Defendants, together with costs, interest, attorney's fees and such punitive damages as the Court may deem appropriate.

<div align="center">

**COUNT FOUR - UNFAIR COMPETITION – STATE CLAIM**
**John Allan Granger**
**v.**
**First National Land Transfer Inc., and Michael Borso**

</div>

73. The foregoing paragraphs are hereby incorporated herein as though fully set forth herein.

74. By willfully engaging fraudulent and/or deceptive practices within the commerce of Pennsylvania, misappropriating or passing off the Plaintiff's goods as their own, and thereby causing a likelihood of confusion in the marketplace, the Defendants engaged in unfair competition as recognized under the laws adopted or duly enacted by the Commonwealth of Pennsylvania. See, e.g., 73. P.S. 201-2

75. Defendants, each of them, by their unauthorized appropriation and misappropriation and use of John Granger's copyrighted works, engaged in acts of unfair competition, unlawful appropriation, unjust enrichment, wrongful deception of the purchasing public, and unlawful trading on John Granger's good will and the public's acceptance of John Ganger's copyrighted work, all to John Granger's irreparable damage.

76. To wit, the Plaintiff seeks actual damages sustained by the Plaintiff, resulting profits of the Defendants, together with costs, interest, attorney's fees and such punitive damages as the Court may deem appropriate.

<div align="center">

**COUNT FIVE – CIRCUMVENTION OF COPYRIGHT PROTECTION**
**SYSTEMS**
**John Allan Granger**

</div>

**v.**

**First National Land Transfer Inc., and Michael Borso**

77. The foregoing paragraphs are hereby incorporated herein as though fully set forth herein.

78. Plaintiff John Granger avers that the Defendants, each of them, committed not less then four separate, distinct and intentional acts, each of which comprise a violation for the removal or circumvention of copyright protection systems under 17 U.S.C. 1201.

79.     Said separate, distinct and intentional circumventions committed by the Defendants as to the Pennsylvania Rate Calculator included the following:

> a. in removing the Plaintiff-author's name from the internal source code in the subject computer program;

> b. in removing the external copyright notices: "Copyright 1997 – 2002 by John Granger" from the literary work in question;

> c. in removing Plaintiff Granger's external notice "All Rights Reserved Notice" from the literary work in question;

> d. in removing Plaintiff's internal copyright management, in part, the cloaking device, which was designed to prevent unauthorized infringement of any kind:

>> *!-- Activate Cloaking Device*
>>     . . .
>> *<!-- Deactivate Cloaking Device -->*

80. The collective Defendants further committed the same separate, distinct and intentional circumventions committed as to Plaintiff's Pennsylvania Title Insurance Rate Calculator in their derivative works however with the additional act of having removed Plaintiff's internal copyright notice as outlined below:

> *// http://alphaadv.net/patitle/ratecalc.js*
> *// Pennsylvania Title Insurance Rate Calculator -->*
> *// Thank you for finding this page interesting enough to view the source code. -->*

*Please respect my copyrights.  Thankx -->*
*Page written October 17, 1997. Last update May 1, 2006 -->*

*Changing the lines below is an invitation to Adventures in Legal Land --*

81. The aforesaid acts each separately constitute separate violations under 17 U.S.C. 1201.

82. The Defendants acted and conspired to circumvent said copyright protection without the authority of the copyright owner.

83. The Defendants acted and conspired to circumvent the aforesaid copyright protection with the intent to enable, induce, facilitate or conceal infringement(s).

84. In so circumventing the copyright protection from the Plaintiff's work, the Defendants knew or should have known that so doing would induce, enable, facilitate, or conceal the infringement(s) of the copyright.

85. Defendants' conduct resulted in lost profits, diminished good will, and similar irreparable damage to Plaintiff.

86. The Plaintiff is entitled to damages under the count hereunder as either (1) actual damages and any additional profits of the infringer; or (2) statutory damages as determined by the court for a sum of not less than $200 or more than $2,500, per each act of circumvention, together with costs, interest and attorney's fees.

## COUNT SIX – INTEGRITY OF COPYRIGHT INFORMATION -
### John Allan Granger
### v.
### First National Land Transfer Inc., and Michael Borso

87. The foregoing paragraphs are hereby incorporated herein as though fully set forth herein.

88. Plaintiff John Granger avers that the Defendants committed not less than five separate, distinct and intentional acts, each of which comprise a violation arising from the integrity of copyright information under 17 U.S.C. 1202.

89. As to the Plaintiff's Pennsylvania Title Insurance Rate Calculator, said separate, distinct and intentional acts involving the integrity of copyright information, as knowingly and willfully committed by the Defendants under 17 U.S.C. 1202, included the following:

   a.  in removing the external copyright notices: "Copyright 1997 – 2002 by John Granger" from the literary work in question;

   b.  in removing Plaintiff, Granger's external notice "All Rights Reserved Notice" from the literary work in question;

   c.  in removing Plaintiff Granger's name as author from the source code of the program;

   d.  in adding the external notice, "2006 First National Land Transfer© All Rights Reserved"; and

   e.  in distributing and causing to be distributed, the work at issue knowing that said copyright information was false.

90. The collective Defendants further committed the same separate, distinct willful and intentional acts involving the integrity of copyright information as to the derivative works however with the addition of having removed John Granger's internal notice as set forth below:

   *http://alphaadv.net/patitle/ratecalc.js*
   *Pennsylvania Title Insurance Rate Calculator -->*
   *Thank you for finding this page interesting enough to view the source code. -->*
   *Please respect my copyrights.  Thankx -->*

*// Page written October 17, 1997, Last update May 1, 2006 -->*

*// Changing the lines below is an invitation to Adventures in Legal Land -->*

91. The Defendants acted and conspired to alter the integrity of the aforesaid copyright information without the authority of the copyright owner.

92. The Defendants acted and conspired to alter the integrity of the aforesaid copyright information with the intent to enable, induce, facilitate or conceal infringement.

93. In altering the integrity of the aforesaid copyright information from the Plaintiff's work, the Defendants, each of them, knew or should have known that so doing would induce, enable, facilitate, or conceal the infringement(s) of copyright.

94. Defendants' conduct resulted in lost profits, diminished good will and similar irreparable damage to Plaintiff.

95. The Plaintiff is entitled to damages under the count hereunder as either (1) actual damages and any additional profits of the infringer; or (2) statutory damages as determined by the court for a sum of not less than $2500 nor more than $25,000 per each violation, together with costs, interest and attorney's fees.

**WHEREFORE, PLAINTIFF DEMANDS:**

A. Defendants be enjoined during the pendency of this action and permanently thereafter from appropriating and using John Granger's copyrighted works;

B. Defendants be enjoined during the pendency of this action and permanently thereafter from selling or delivering its infringing rate calculator and derivative works to the public;

C. Defendants be held jointly and severally liable to the extent permitted by law;

D. Defendants be ordered to pay to John Granger all damages suffered by John

Granger due to their unlawful acts, with prejudgment interest, as well as account for and pay to John Granger all gains and profits that they have enjoyed at John Granger's expense (or in the alternative, such applicable statutory damages as the Plaintiff may elect) and that such damages include John Granger's costs and attorney's fees. At present, John Granger cannot ascertain the full extent of his damages and lost profits;

E.   such other relief as the equities of the case may require and as this Court may deem just and proper under the circumstances; and

F.   a trial by jury.

<div align="center">Respectfully submitted,</div>

Respectfully submitted,

BY:_____
   DAVID C. NAJARIAN, ESQUIRE
   I.D. #86606
   Attorney for Plaintiff
   55 96 Donats Peak Rd
   Kempton, PA 19529
   610-756-3149
   610-616-5637 Fax
   Email: dave@lehighlegal.com

DATE:  3/1/11

# Pennsylvania Title Insurance Rate Calculator

These are the all-inclusive title insurance rates for the member companies of the Title
Insurance Rating Bureau of Pennsylvania as approved by the Pennsylvania Insurance
Department. These rates became effective March 1, 1995, and were amended January 1,
2002 and May 1, 2006.

## Enter the Amount of Insurance and press the Tab key

| Amount of Insurance | Basic | Reissue | New Construction | Refinance 0 - 2 years | Refinance 2 - 4 years | |
|---|---|---|---|---|---|---|
| | | | | | | Reset |

NEW ## Pennsylvania Good Faith Estimate Calculator NEW

This page has been accessed  times since January 1, 2000
Copyright 1997 - 2009 by John Granger, All Rights Reserved
Page written October 17, 1997, Last update October 4, 2009
Add the Pennsylvania Title Insurance Rate Calculator to your Web Site

Calculate Delaware | Florida | Maryland | New Jersey | New York | Virginia Title Insurance
Rates

**Search Public Records with WebInvestigator.org**

Pennsylvania Title
Insurance Web Page   Return to the Pennsylvania Title Insurance Web Page



EXHIBIT

*A*

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TXu 1-305-577

EFFECTIVE DATE OF REGISTRATION

Oct 2 2006

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Pennsylvania Title Insurance Rate Calculator

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
John Allan Granger

DATES OF BIRTH AND DEATH
Year Born ▼ 1939   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ► USA
     Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program

Under the law,
the "author"
of a "work
made for hire"
is generally the
employer, not
the employee
(see instructions).
For any part
of this work
that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
     Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
     Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2002 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▼   Day ▼   Year ▼   ◄ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
John Allan Granger
2820 Audubon Village Drive, Suite 339
Audubon, Pennsylvania 19403

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
Oct 02 2006   Jul 13 2006
ONE DEPOSIT RECEIVED
Oct 02 2006   Jul 13 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
Oct 2 2006

---

MORE ON BACK ►

EXHIBIT
**B**
tabbies

DO NOT WRITE HERE
Page 1 of ___ pages



HOME   **SERVICES**   **ABOUT US**   **RESOURCES**   **AFFILIATES**

Sub Menu

## PENNSYLVANIA TITLE INSURANCE CALCULATOR

These are the all-inclusive title insurance rates for the member companies of the Title In
Rating Bureau of Pennsylvania as approved by the Pennsylvania Insurance Department
rates became effective March 1, 1995, and were amended May 1, 2006.

Enter the Amount of Insurance and press the **TAB** key.



ORDER YOUR TITLE

order online now

fax order form

*Loan Amount:*

*PA Enhanced:*

*PA Reissue:*

*PA Substitution:*

Calculators

*New Construction:*

**Closing Costs Calculator**

*Refinance 0-2 yrs:*

**Title Insurance Only
Calculators**

*Refinance 2-4 yrs:*

Reset

| HOME | SERVICES | ABOUT US | **RESOURCES** | AFFILIATES | CONTACT | MEMBER LOGIN |

2006 First National Land Transfer© All Rights Reserved
Toll Free 877.432.6450
in PA  610.432.6450 ph.   610.432.6444 fax
in FL  941-240-8500 ph.   941-240-8513 fax





# VIRGINIA TITLE INSURANCE CALCULATOR

These are the all-inclusive title insurance rates for the member companies of the Title In Rating Bureau of Virginia as approved by the Virginia Insurance Department.

Enter the Amount of Insurance and press the **TAB** key.

*Loan Amount:*

*VA Basic:*

*VA Reissue:*

*VA Extended:*

Reset

**Closing Costs Calculator**

**Title Insurance Only Calculators**

| HOME | SERVICES | ABOUT US | RESOURCES | AFFILIATES | CONTACT | MEMBER LOGIN |

2006 First National Land Transfer© All Rights Reserved
Toll Free 877.432.6450
in PA - 610.432.6450 ph.   610.432.6444 fax
in FL - 941.240.8500 ph.   941.240.8513 fax





## FLORIDA TITLE INSURANCE CALCULATOR

These are the all-inclusive title insurance rates for Florida as approved by the Florida De
Insurance. These rates became effective January 1, 2002. While all fees are intended to
accurate, they should be used for estimation purposes only.

Enter the Amount of Insurance (without comma's) and press the **TAB** key.



ORDER

order online now

fax order form

**Loan Amount:**

**FL Rate:**

**FL Reissue:**

Reset

Calculators

**Closing Costs Calculator**

**Title Insurance Only**
**Calculators**

| HOME | SERVICES | **ABOUT US** | **RESOURCES** | AFFILIATES | **CONTACT** | MEMBER LOGIN |

2006 First National Land Transfers All Rights Reserved
Toll Free 877.432.6450
in PA - 610.432.6450 ph.   610.432.6444 fax
in FL - 941-240-8500 ph.   941-240-8513 fax



# First National LAND TRANSFER, INC.
"Providing National Service at a Local Level"

HOME   SERVICES   ABOUT US   RESOURCES   AFFILIATES

Sub Menu

## MARYLAND TITLE INSURANCE CALCULATOR

These are the all-inclusive title insurance rates for the member companies of the Title In Rating Bureau of Maryland as approved by the Maryland Insurance Department.

The Enhanced Rate includes the an additional $75 as instructed by state licensed under

Enter the Amount of Insurance and press the **TAB** key.

### ORDER YOUR TITLE
order online now
fax order form

**Loan Amount:**

### Calculators

**Closing Costs Calculator**

**MD Enhanced:**

Reset

**Title Insurance Only Calculators**

2006 First National Land Transfer© All Rights Reserved.
Toll Free 877.432.6450
in PA - 610.432.6450 ph.   610.432.6444 fax
in FL - 941-240-8500 ph.   941-240-8513 fax



## NEW JERSEY TITLE INSURANCE CALCULATOR

These are the all-inclusive title insurance rates for the member companies of the Title In Rating Bureau of New Jersey as approved by the New Jersey Insurance Department. Tl became effective January 7, 2002.

Enter the Amount of Insurance and press the **TAB** key.

ORDER YOUR TITLE

**order online now**

**fax order form**

**Loan Amount:**

**NJ Basic:**

**NJ Reissue:**

**NJ Substitution:**

Reset

**Calculators**

**Closing Costs Calculator**

**Title Insurance Only Calculators**

| HOME | SERVICES | ABOUT US | RESOURCES | AFFILIATES | CONTACT | MEMBER LOGIN |

2006 First National Land Transfer® All Rights Reserved
Toll Free 877.432.6450
in PA - 610.432.6450 ph.   610.432.6444 fax
in FL - 941-240-8500 ph.   941-240-8513 fax

# John Granger
## 2820 Audubon Village Drive, Suite 339
## Audubon, Pennsylvania 19403
## http://www.alphaadv.net/patitle
## (610) 929-5154          John@alphaadv.net

March 10, 2008

FIRST NATIONAL LAND TRANSFER          Contract #: _____
2573 Somerset Road
Whitehall, Pennsylvania 18052

Dear Owner,

    John Granger is the owner of the exclusive right to use John Granger's Copywritten Pennsylvania Title Insurance Rate Calculator, New Jersey Title Insurance Rate Calculator, Maryland Title Insurance Rate Calculator and to create derivative works.

It has come to the attention of John Granger that FIRST NATIONAL LAND TRANSFER is operating a website found at URL'S:
    http://usefnlt.com/title-insurance-pennsylvania.php
    http://usefnlt.com/title-insurance-new-jersey.php
    http://usefnlt.com/title-insurance-maryland.php
    http://usefnlt.com/title-insurance-florida.php
    http://usefnlt.com/title-insurance-virginia.php
    http://usefnlt.com/hud1.php

John Granger's records do not include any licensing agreement with FIRST NATIONAL LAND TRANSFER.

Please send John Granger a copy of FIRST NATIONAL LAND TRANSFER'S licensing agreement to legally use the Copywritten Pennsylvania Title Insurance Rate Calculator, New Jersey Title Insurance Rate Calculator, Maryland Title Insurance Rate Calculator and to create derivative works.

Silence beyond two weeks shall serve as proof that no written licensing agreement exists between John Granger and FIRST NATIONAL LAND TRANSFER to legally use John Granger's Copywritten Pennsylvania Title Insurance Rate Calculator, New Jersey Title Insurance Rate Calculator, Maryland Title Insurance Rate Calculator and to create derivative works.

Very truly yours,



John Granger

# John Granger
## 2820 Audubon Village Drive, Suite 339
## Audubon, Pennsylvania 19403
## http://www.alphaadv.net/patitle
## (610) 929-5154          John@alphaadv.net

April 21, 2008

FIRST NATIONAL LAND TRANSFER                    Contract #: _____
2573 Somerset Road
Whitehall, Pennsylvania 18052

# Notice of Acknowledgment of Use of Copywritten material without Authorization of the Copyright Owner or the Law and Notice to immediately Cease and Desist

Dear Owner,

John Granger is the owner of the exclusive right to use John Granger's Copywritten Pennsylvania Title Insurance Rate Calculator, New Jersey Title Insurance Rate Calculator, Maryland Title Insurance Rate Calculator and to create derivative works.

Thank you for removing John Granger's Copywritten Pennsylvania, New Jersey, Maryland, Florida and Virginia Title Insurance Rate Calculators from FIRST NATIONAL LAND TRANSFER'S web site.

Your "closing costs calculator" is still on the FIRST NATIONAL LAND TRANSFER web site.  If you can not prove that whoever authored the calculations for your "closing costs calculator" never had access to John Granger's Copywritten Pennsylvania, New Jersey, Maryland, and derivative Florida and Virginia Title Insurance Rate Calculators, please immediately Cease and Desist usage of the "closing costs calculator" on the FIRST NATIONAL LAND TRANSFER website.

No written licensing agreement exists between John Granger and FIRST NATIONAL LAND TRANSFER to legally and lawfully use John Granger's Copywritten Pennsylvania Title Insurance Rate Calculator since you have not provided one.

Thank you for acknowledging FIRST NATIONAL LAND TRANSFER used John Granger's Copywritten Pennsylvania Title Insurance Rate Calculator on FIRST NATIONAL LAND TRANSFER'S website without authorization of the Copyright owner or the Law.

Very truly yours,



John Granger